John V. BOUCHARD v. W. Verne MAUER, doing business as the Mauer Lumber Company, et al.

No. 4012.

United States Court of Appeals
Tenth Circuit.

Dec. 14, 1949.

Moynihan-Hughes-Sherman, Montrose, Col., for appellant.

Porter & Carroll, Gunnison, Col., for appellees.

Before PHILLIPS, Chief Judge, and HUXMAN and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed December 14, 1949, for failure to prosecute.

James L. EVANS et al., Appellants, v. The HUDSON COAL COMPANY.

No. 10054.

United States Court of Appeals
Third Circuit.

Argued Jan. 6, 1950.

Decided Jan. 10, 1950.

James G. McDonough, Scranton, Pa., (J. Frank Connolly, James W. Scanlon, Bernard J. Brown, Scranton, Pa., on the brief), for appellants.

Benjamin R. Jones, Jr., Wilkes-Barre, Pa. (Rudolph S. Houck, Francis D. Mahon, Scranton, Pa., Paul Bedford, Wilkes-Barre, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and MARIS and KALODNER, Circuit Judges.

PER CURIAM.

The appeal, 84 F.Supp. 740, will be dismissed for want of jurisdiction since the order appealed from is not a final decision.

H. C. JONES, Collector of Internal Revenue of the United States for the District of Oklahoma, v. C. F. URSCHEL et al.

No. 3924.

United States Court of Appeals
Tenth Circuit.

Dec. 14, 1949.

Robert E. Shelton, United States Attorney, Oklahoma City, Okl., and Theron L. Caudle, Assistant Attorney General, and Ellis N. Slack, Special Assistant to the Attorney General, for appellant.

Richardson, Shartel & Cochran, Oklahoma City, Okl., for appellees.

Before PHILLIPS, Chief Judge, and HUXMAN and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed, pursuant to stipulation. DC., 83 F.Supp. 600.